AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
### for the
### Western District of New York

**United States of America**

v.

**SAVANNAH E. GROSS**

*Defendant*

23-mj-5071

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

## COUNT 1
### (Distribution of Heroin)

On or about May 5, 2022, in the Western District of New York, the defendant, **SAVANNAH E. GROSS**, did knowingly, intentionally, and unlawfully possess with intent to distribute, and distributed, heroin, a Schedule I controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

CHRISTIAN KOZELL (Affiliate)
Digitally signed by CHRISTIAN KOZELL (Affiliate)
Date: 2023.04.14 13:33:50 -04'00'

*Complainant's signature*

CHRISTIAN L. KOZELL
TASK FORCE OFFICER
DRUG ENFORCEMENT ADMINISTRATION
*Printed name and title*

Criminal Complaint submitted electronically by e-mail in .pdf format. Oath administered, and contents and signatures attested to me as true and accurate telephonically pursuant to Fed R. Crim. P. 4.1.

Date: April 14, 2023

City and State: Buffalo, New York

*Judge's signature*

HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

**AFFIDAVIT**

STATE OF NEW YORK  )
COUNTY OF ERIE         )        SS:
CITY OF BUFFALO       )

     I, **CHRISTIAN L. KOZELL**, Task Force Officer of the Drug Enforcement Administration, United States Department of Justice, Buffalo, New York, having been duly sworn, depose and state as follows:

     1.     I am a Deportation Officer (DO) employed by the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been so employed since August 06, 2006. I am currently assigned as an Task Force Officer (TFO) with the Drug Enforcement Administration (DEA) since April of 2016, and as such, I am an "investigative or law enforcement officer" of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in the Comprehensive Drug Abuse Prevention and Controlled Substance Act of 1970, Title 21 of the United States Code (USC), as amended. As a Task Force Officer with the DEA, your affiant is also an investigative law enforcement officer of the United States of America within the meaning of Section 2510 (7) of Title 18 United States Code (USC).

2.      During my law enforcement career, I successfully completed formalized training.  During this training, I received detailed training, in the areas of airport drug interdiction, parcel drug interdiction, bus & train drug interdiction, hotel & motel drug interdiction, legal issues pertaining to illegal trafficking of narcotics and asset forfeiture. Based on my training and conversations with other Task Force Officers and Special Agents, I am familiar with informant handling/debriefing, drug packaging, pricing, importation, trafficking methods, surveillance and counter surveillance techniques and with how controlled substances are cultivated, manufactured, processed, packaged, distributed, sold, and used within the framework of drug trafficking.

3.      I have participated in several investigations that have targeted violators of Federal and State narcotics laws. I also have participated in investigations involving wiretaps and have reviewed taped conversations and drug records pertaining to narcotics trafficking.  I have also participated in debriefings of narcotic traffickers, cooperating individuals, and sources of information.

4.      My investigative experience, as well as the experience of other law enforcement agents who are participating in this investigation, serve as the basis for the opinions and conclusions set forth herein. I am thoroughly familiar with the information set forth in this affidavit as a result of my discussions with other law enforcement officers or statements provided by other law enforcement personnel, which have been reported to me, and examination of various documents and records in this investigation.  This affidavit is being

submitted for a limited purpose, that is, a probable cause determination, therefore, I have not presented all of the facts of this investigation to date.

5.      I make this Affidavit in support of an application for a Criminal Complaint charging **SAVANNAH E.GROSS** with a violation of Title 21, United States Code, Section 841 (a)(l) and 841(b)(1)(C) (distribution of heroin).

6.      This affidavit is submitted for a limited purpose, and as a result, I have not included details of every aspect of this investigation.   I am thoroughly familiar with the information set forth in this affidavit as a result of my personal investigation, discussions with other law enforcement officers or statements provided by other law enforcement personnel, DEA Special Agents (SA) and Task Force Officers (TFO), which have been reported to me, and examination of various documents and records in this investigation.

7.      Based upon that information, I assert that the articulated facts establish grounds for the issuance of a Criminal Complaint and an arrest warrant for **GROSS**.  This affidavit is intended to show simply that there is sufficient probable cause for the requested Criminal Complaint and does not set forth all of my knowledge about this matter.  Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

## PROBABLE CAUSE

8.      On or about May 5, 2022, around 1348 hrs., Jamestown Metro Drug Task Force conducted a controlled purchase against **SAVANNAH E. GROSS** utilizing a confidential informant, hereinafter identified as CI-1.[1] Before the controlled purchase, law enforcement searched CI-1 with negative results.  CI-1 was then provided an audio transmitter and U.S. currency for the controlled purchase of narcotics.  CI-1 then made his or her way to the target location.  Law enforcement maintained surveillance for the controlled purchase. At 625 Newland Ave., Jamestown, New York, **SAVANNAH E. GROSS** distributed a quantity of heroin to CI-1 in exchange for $60.00 of agency funds.  The transaction was recorded.  At the conclusion of the transaction, CI-1 met with law enforcement.  At the meeting, CI-1 was searched, and CI-1 provided the suspected heroin and audio transmitter to law enforcement.  A Jamestown Police Detective conducted a field test on the suspected heroin, which indicated in a positive result for heroin.   Heroin is a Schedule I controlled substance.

9.      **WHEREFORE**, based on the foregoing, your affiant respectfully submits that probable cause exists to believe that **GROSS** violated Title 21, United States Code, Sections 841(a)(1) (possession with intent to distribute, and to distribute, heroin, a Schedule I controlled substance), and requests that a Criminal Complaint and Arrest Warrant as

---

[1] On April 21, 2022, CI-1 was established by the Jamestown Police Department (JPD) as a paid informant.  Since the start of being a paid informant, JPD was able to corroborate information provided by CI-1 and CI-1 provided reliable and truthful information.  Your Affiant has reviewed CI-1's criminal history.  CI-1 has convictions for Resisting Arrest (Misdemeanor), Obstruct Governmental Administration (Misdemeanor), Burglary (Felony), and Act in Manner Injure Child less than 17 (Misdemeanor).

aforesaid is issued, and that this Complaint and Affidavit be sealed based on a continuing

investigation and further Order of this Court.

**CHRISTIAN KOZELL (Affiliate)**
Digitally signed by CHRISTIAN KOZELL (Affiliate)
Date: 2023.04.14 13:34:58 -04'00'

CHRISTIAN L KOZELL
Task Force Officer
Drug Enforcement Administration

Affidavit submitted electronically by e-mail in
.pdf format. Oath administered, and contents
and signatures attested to me as true and accurate
telephonically pursuant to Fed R. Crim. P. 4.1,
this 14th day of April, 2023

HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE

5